THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKIE KING, | CASE NO. C19-1824-JCC |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| STATE OF FLORIDA *et al.*, | |
| Defendants. | |

Plaintiff Nikie King filed a motion for leave to proceed *in forma pauperis* and a proposed *pro se* complaint naming as Defendants the State of Florida; the U.S. Urban League in West Palm Beach, Florida; Gayle Jenkins of TIC Properties in Palm Beach, Florida; the City of Boynton Beach, Florida; and the Senator Philip D. Louis Center, a Florida corporation with a principle place of business in Washington, D.C. (Dkt. Nos. 1, 8.) Although the complaint's factual allegations are unclear, they appear to relate to the actions that several judges in Florida took in connection with a proceeding in Florida state court. (*See* Dkt. Nos. 1-2, 1-5) (attached complaint of judicial misconduct and order regarding the dismissal of a Florida case). This is the second time Plaintiff has recently filed a complaint in this district naming defendants residing in Florida for acts that occurred in Florida. *See King v. Palm Beach County*, C19-1543-JCC.

It is clear from the face of the complaint that Plaintiff and Defendants are residents of Florida. It is also clear that the events giving rise to Plaintiff's claims occurred in Palm Beach,

Florida. Therefore, venue is proper in the United States District Court for the Southern District of Florida, not in the Western District of Washington. *See* 28 U.S.C. § 1391(b).

When a case is filed in the wrong district, the district court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). The Court concludes it is in the interest of justice to transfer the instant action so that the Southern District of Florida can screen the case under its own requirements and 28 U.S.C. § 1915(g).

Accordingly, the Court TRANSFERS this case to the United States District Court for the Southern District of Florida. The Clerk is DIRECTED to take the steps necessary to transfer this case. The Clerk is further DIRECTED to send copies of this order to Plaintiff.

DATED this 20th day of February 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF TRANSFER
C19-1824-JCC
PAGE - 2