THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NIKIE M KING, | CASE NO. C19-1824-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE OF FLORIDA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This case was closed in March 2020 upon transfer of this case to the U.S. District Court for the Southern District of Florida. (Dkt. Nos. 9, 10.) Yet Plaintiff has continued to file various documents under this case number (Dkt. Nos. 11–19), even though it no longer corresponds to any active case over which this Court has jurisdiction. It is hereby ORDERED that plaintiff shall not file any further documents under this case number; any motions or other materials she wants a court to consider must be submitted in the case pending in Florida.

DATED this 4th day of May 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk